## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Jose R. LLAVONA, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2008–3019.

United States Court of Appeals, Federal Circuit.

Nov. 29, 2007.

Jose R. Llavona, pro se.

## ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Daniel A. AYRES, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 2008–3009.

United States Court of Appeals, Federal Circuit.

Nov. 29, 2007.

Daniel A. Ayres, pro se.

## ORDER

Order Vacated, See 2008 WL 907652.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Jeffrey J. TIDD, Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

No. 2008–3034.

United States Court of Appeals, Federal Circuit.

Nov. 29, 2007.

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit

288

Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Donalee TRACY, Petitioner,**

v.

**DEPARTMENT OF the TREASURY, Respondent.**

No. 2008–3042.

United States Court of Appeals, Federal Circuit.

Nov. 29, 2007.

**ORDER**

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Danny WILLIAMS, Petitioner,**

v.

**DEPARTMENT OF the ARMY, Respondent.**

No. 2008–3021.

United States Court of Appeals, Federal Circuit.

Nov. 30, 2007.

Danny Williams, pro se.

**ORDER**

Order Vacated, See 2008 WL 239821.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Pauline PRICKETT, Claimant–Appellant,**

v.

**Gordon H. MANSFIELD, Acting Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2007–7057.

United States Court of Appeals, Federal Circuit.

Dec. 4, 2007.